# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON PIASECKI, | : | |
| Petitioner, | | |
| v. | : | **CIVIL ACTION NO.** |
| COURT OF COMMON PLEAS, BUCKS COUNTY, PA, et al., | : | 2:14-CV-7004-LDD-MH |
| Respondents. | : | |

## NOTICE OF APPEAL

The petitioner, Jason Piasecki, by undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the final order of this Court, entered October 26, 2016 (Doc. 21), dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2254. The final order of the district court denies a certificate of appealability.

Respectfully submitted,

Dated: November 23, 2016

By: *s/Peter Goldberger*
PETER GOLDBERGER
Atty. ID No. 22364
50 Rittenhouse Place
Ardmore, PA 19003-2276
(610) 649-8200
peter.goldberger@verizon.net
Counsel for Petitioner

cc (via ECF):
  Karen A. Diaz, Esq.
    Deputy District Attorney
    & Chief of Legal Div., Bucks Co.
  Hon. Legrome D. Davis, U.S.D.J.