IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON PIASECKI,<br><br>                      Petitioner,<br><br>v.<br><br>COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA, et al.,<br><br>                      Respondents. | CIVIL ACTION<br>NO. 14-7004 |

**ORDER**

**AND NOW**, this 23rd day of March 2021, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition to the Petition (Doc. No. 6), the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 34), Petitioner's Objections to the Report and Recommendation (Doc. No. 35), the pertinent state court record, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 34) is **APPROVED AND ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

2

4. The Clerk of Court shall close this case for statistical purposes.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky_____
                                            JOEL H. SLOMSKY, J.